## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-11899 |
| Robert Arlett } | Chapter 13 |
| Betta Arlett } | |
| **Debtor(s)** } | |

## DEBTORS' MOTION TO RECONSIDER

COMES NOW, Robert and Betta Arlett, by and through their attorney, TARA A. BLAKELY, who respectfully requests that the Order of October 21, 2014 be set aside and the case be reinstated pursuant to 11 U.S.C. § 350(b) in order to accord relief to the Debtor and in support thereof, the Debtor avers as follows:

1. The Debtors filed a Chapter 13 petition with the court on June 21, 2011.

2. The Debtors' case was dismissed for failure to make Trustee payments on October 21, 2014.

3. The Debtors assert that they became delinquent on their plan payments while they became caretakers for Mr. Artlett's elderly father. Mr. Arlett's father has since passed away.

4. After the dismissal, in December 2014, the Debtor paid $11,750.00 to the Chapter 13 Trustee

5. Debtors will modify their plan to cure any remaining arrearage.

WHEREFORE, Debtors respectfully pray that this Honorable Court reconsider its Order of October 21, 2014 and reinstate the Debtors' case.

DATE: 3/11/15                                BLAKELY, GREGORY & PAPPOULIS

                                             By: */s/ TARA A. BLAKELY*
                                                 TARA A. BLAKELY
                                                 Attorney for Debtor
                                                 896 S. State Street
                                                 Dover, DE 19901
                                                 (302) 672-7217