Hearing Date:   January 25, 2016 at 9:30 AM
Objection Date:  January 11, 2016

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
ROBERT & BETTA ARLETT                             : Bk. Case No: 11-11899BLS

Debtor (s).                                       : Chapter 13

# NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor(s) case is scheduled for **Monday, January 25, 2016** at **9:30 AM** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Room 309, Wilmington, Delaware.

**RESPONSES**, if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington Delaware 19899-1350, on or before **January 11, 2016**.

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

\S\ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: November 23, 2015

Hearing Date:   January 25, 2016 at 9:30 AM

Objection Date: January 11, 2016

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
ROBERT & BETTA ARLETT                                   : Bk. Case No: 11-11899BLS

Debtor (s).                                             : Chapter 13

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

The Motion of Michael B. Joseph, Chapter 13 Trustee, respectfully represents as follows:

1. The Debtor commenced this case under Chapter 13 of the Bankruptcy Code on June 21, 2011.

2. The Debtor has failed to submit funds in accordance with the Confirmed Plan.  Attached as an Exhibit is a payment history setting forth the overdue amount.

3. The failure to make timely payments constitutes a material default of the Plan.

**WHEREFORE**, Movant prays that the case be dismissed pursuant to 11 U.S.C. Section 1307(c)(6).

\S\ Michael B. Joseph

_____

Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: November 23, 2015

**Hearing Date:   January 25, 2016 at 9:30 AM**

**Objection Date:  January 11, 2016**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  
ROBERT & BETTA ARLETT                             : Bk. Case No: 11-11899BLS

    Debtor (s).                                                     : Chapter 13

## **ORDER**

    **AND NOW, TO-WIT,** this _____ day of _____, 201___, upon Notice and Hearing of Trustee's Motion to Dismiss,

    **IT IS ORDERED,** that the Debtor(s) petition is hereby dismissed.

_____  
United States Bankruptcy Judge

TRUSTEE'S CERTIFICATE OF SERVICE

  I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this 23rd day of November, 2015, I caused one copy of the within Notice of Hearing and Motion to Dismiss Chapter 13 Bankruptcy to be served by United States Mail, Postage Prepaid, to the following:

ROBERT & BETTA ARLETT
36883 JAHNIGEN DRIVE
FRANKFORD, DE  19945
Debtor(s)

TARA BLAKELY, ESQUIRE
LAW OFFICES OF BLAKELY,GREGORY,PAPPOULIS
896 S. STATE STREET
DOVER, DE 19901
Attorney for Debtor(s)

    /s/ Michael B. Joseph
    Michael B. Joseph, Esquire
    824 Market Street, Suite 1002
    P.O. Box 1350
    Wilmington, Delaware 19899-1350
    302-656-0123
    Chapter 13 Trustee

```
--------------------------------------------------------------------------------
                                 RECEIPT DATA
--------------------------------------------------------------------------------
TOTAL RCPTS: $104459      # MO. SINCE CON  : 48     NON-COMMISSION: $0
LAST RCPT  : 08-24-15     # MO. REMAINING  : 12
RCPTS DUE  : $110000      TOTAL PLAN LENGTH: 60     RCPTS OVERDUE : $5541.00
--------------------------------------------------------------------------------
                               RECEIPT SCHEDULE
## PER     AMOUNT PERIODS   ## PER     AMOUNT PERIODS   ## PER     AMOUNT PERIODS
01 MO     3550.00       1   02 MO     2350.00      39   03 MO     1850.00      20
--------------------------------------------------------------------------------
                       RECEIPTS FOR THE LAST SIX MONTHS:
   DATE    TP DUE DATE REF NO.     AMOUNT COMMENTS
--------------------------------------------------------------------------------
07-28-15 ET 05-01-15 5          5550.00
08-24-15 ET 08-01-15 37         1850.00
--------------------------------------------------------------------------------
```