**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-11899 |
| Robert Arlett } | |
| Betta Artlett } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**DEBTOR'S MOTION TO RECONSIDER AND STAY EXECUTION**

COMES NOW, Robert and Betta Arlett, by and through their attorney, Tara Blakely, who moves this Honorable Court to reconsider its January 20, 2016 decision to dismiss this Chapter 13 Bankruptcy proceeding and allow this case to continue. In support of this Motion, Debtors state:

1. Debtors filed a Chapter 13 petition on June 21, 2011.

2. The Debtors' case was dismissed on January 20, 2016. The Debtors' case was dismissed because the Debtors failed to make trustee payments.

3. The Debtors admit that they fell behind on their payments to the trustee. The Debtors will make a payment prior to the hearing on this motion and they will modify their plan to cure the arrears.

WHEREFORE, the Debtors respectfully pray that this Honorable Court reconsider its Order of January 20, 2016, stay execution and allow the Debtors to continue with this Chapter 13 case.

BLAKELY, GREGORY & PAPPOULIS

By:___/s/ Tara Blakely_____
Tara Blakely
1006 College Rd., Ste 201
Dover, DE 19904
302-672-7217